UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON SPEARMAN, ) | |
| CHRISTOPHER THOMAS and ) | |
| DREAM RUSHING, minors by their ) | |
| Mother, SHARON SPEARMAN, ) | |
| ) | Case No. |
| Plaintiffs, ) | |
| ) | Judge |
| v. ) | |
| ) | Magistrate Judge |
| SGT. ELIZUND #1340, P.O. CARIBOU ) | |
| #7416, P.O. MOSTOWSKI #12898, P.O. ) | |
| STEPHANS #4337, P.O. HERNANDEZ ) | |
| #7387, and THE CITY OF CHICAGO, a ) | JURY DEMAND |
| municipal corporation, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, SHARON SPEARMAN, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, and THE CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I – UNLAWFUL SEARCH**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, SHARON SPEARMAN and CHRISTOPHER THOMAS and DREAM RUSHING, minors, by their mother, SHARON SPEARMAN accomplished by acts and/or omissions of the Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, SHARON SPEARMAN and CHRISTOPHER THOMAS and DREAM RUSHING, minors, by their mother, SHARON SPEARMAN were at all relevant times United States citizens and residents of the State of Illinois.

4. At all relevant times, the Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387 were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about March 1, 2015, the Plaintiffs, SHARON SPEARMAN and CHRISTOPHER THOMAS and DREAM RUSHING, minors, by their mother, SHARON SPEARMAN were in their home at 1235 S. Washtenaw, Apt. 301, Chicago, Illinois.

6. The Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, came to her home and busted down the door.

7. The Defendants entered with guns drawn and pointed weapons at she and the children.

8. The Plaintiff, SHARON SPEARMAN, was handcuffed.

9. The Defendants, told the Plaintiff that they had a warrant for her home.

10. The Plaintiff was not committing a crime or breaking any laws.

11. The Defendants did not have an arrest warrant, probable cause or a search warrant to enter her home.

12. The Defendants destroyed the Plaintiff's door.

13. The Defendants were acting pursuant to the customs, policy and procedures of the Chicago Police Department.

14. As a direct and proximate consequence of said conduct of Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, the Plaintiffs suffered emotional anxiety, fear, humiliation, and pain and suffering.

15. Said actions of the Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, violated the Plaintiffs, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

16. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiffs, suffered violations of their constitutional rights, emotional anxiety, stress, fear, humiliation, monetary loss, property damage and pain and suffering.

WHEREFORE, the Plaintiffs, SHARON SPEARMAN and CHRISTOPHER THOMAS and DREAM RUSHING, minors, by their mother, SHARON SPEARMAN, prays for judgment in their favor and against the Defendants, SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II—INDEMNIFICATION / CITY OF CHICAGO

1-16. The Plaintiffs re-allege and incorporates the allegations contained in paragraphs 1-16 as though fully set forth herein.

17. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

18. Defendants SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387 at all relevant times were employees of the Defendant, CITY OF CHICAGO, and acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants SGT. ELIZUND #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387 be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiffs, SHARON SPEARMAN and CHRISTOPHER THOMAS and DREAM RUSHING, minors, by their mother, SHARON SPEARMAN, hereby request a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

\     4