UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON SPEARMAN, CHRISTOPHER THOMAS and DREAM RUSHING, minors by their Mother, SHARON SPEARMAN, <br><br> Plaintiffs, <br><br> v. <br><br> SGT. ELIZONDO #1340, P.O. CARIBOU #7416, P.O. MOSTOWSKI #12898, P.O. STEPHANS #4337, P.O. HERNANDEZ #7387, P.O. ANGEL PENA #7135, P.O. ADRIEN FRANKLIN #9188, P.O. VICKIE WILLIAMS #14382, P.O. IVAR MONDRAGON #16929, P.O. DAVID BROWN #15887, and THE CITY OF CHICAGO, a municipal Corporation, <br><br> Defendants. | Case No. 15 CV 7029 <br><br> Honorable Elaine E. Bucklo |

### STIPULATION TO DISMISS

IT IS HISEBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

/s/ _____
Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830
Attorney No. 6170966
Attorney for Plaintiffs
FEIN: 36-3810061
DATE: 6/8/16

CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 6/10/2016

_____
Kenneth M. Battle
Quintairos, Prieto, Wood & Boyer, P.A.
The Willis Tower
233 S. Wacker Dr., 70th Floor
Chicago, Illinois 60606
(312) 566-0040
Attorney No. 6269381
Attorney for Defendants,
Sgt. Elizondo, P.O. Caribou, P.O. Mostowski,
P.O. Stephans, P.O. Hernandez, P.O. Adrien
Franklin, P.O. Vickie Williams, P.O. Ivar
Mondragon, P.O. David Brown
DATE: 6/14/2016